# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Julius Macatangay,<br><br>        Plaintiff,<br><br>  vs.<br><br>Regional Acceptance Corporation d/b/a Regional Credit Corporation; and DOES 1-10, inclusive,<br><br>        Defendants. | No.: CV14-02253-PHX-DGC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of the parties. Doc. 30.

**IT IS ORDERED** that the stipulation of the parties (Doc. 30) is **granted.** This case is dismissed with prejudice and with each part to bear its own attorneys' fees and costs.

Dated this 2nd day of June, 2015.

_____
David G. Campbell
United States District Judge